THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY P. TUTHILL, as County Treasurer of Suffolk County, Respondent, v. RILEY P. HOWELL, as Supervisor of the Town of Brookhaven, Suffolk County, Appellant.— Final order affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESTCHESTER LIGHTING COMPANY, Respondent, v. CHARLES C. FUCHS, as Commissioner of Finance of the City of White Plains, Appellant.— The valuation of relator's special franchise for the year 1911, as equalized and corrected by the order of the Special Term, dated November 11, 1911, was the completed valuation of this franchise for that year. Therefore, that corrected valuation was the proper one to be taken by respondent for school district purposes for the levy of school taxes for the year 1912. Without regard to the amendment of the Special Term order, made May 21, 1914, the relator was entitled to mandamus for the refund of the excess. The order of May 25, 1915, is, therefore, affirmed, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

HENRY RAMME, Appellant, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs.· No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

JOSEPH T. ROSS, Respondent, v. RODGERS & HAGERTY, INC., Appellant.— Judgment and order reversed, with costs, and complaint unanimously dismissed, with costs, upon the ground that there was no evidence of negligence on the part of defendant's foreman as a proximate cause of the accident. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

ELIZABETH SCHAEFFER, as Administratrix, etc., of STEPHEN J. SCHAEFFER, Deceased, Respondent, v. JOSEPH R. DE LAMAR, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred.

LAURENCE TIMMONS, Respondent, v. FANNIE S. RUSSELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

F. BELL-FENWICK, Appellant, v. CYPRESS HILLS CEMETERY and Another, Respondents.— Motion granted on condition that appellant pay twenty dollars costs, place the case on the May calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

JOSEPH P. CARNEY, Appellant, v. PENN REALTY COMPANY, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

JOHN DUNSMURE, Respondent, v. HOTEL SHELBURNE, INC., Appellant.— Motion granted on condition that appellant perfect the appeal, place the case on the May calendar and be ready for argument on the second Monday of that term. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.